UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGEL BARTLETT,

    Plaintiff,

v.

LAURA JOUSMA, et al.,

    Defendants.

_____/

Case No. 1:18-cv-135

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is an action filed by Plaintiff against Defendants Jousma, Sorensen, Klein, Lovett, Pope, and Baker. On June 11, 2018, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of jurisdiction. The Report and Recommendation was duly served on the parties. No objections have been filed.[1] *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 32) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff shall be denied the privilege of proceeding *in forma pauperis* in any future lawsuits she files in this Court.

---

[1] Plaintiff cannot supplement her complaint without leave of Court. Fed. R. Civ. P. 15(d). Since Plaintiff did not obtain leave of Court to file any supplements, Plaintiff's supplements to her Complaint are disregarded.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  July 3, 2018                                                                      /s/  Paul L. Maloney
                                                                                                      Paul L. Maloney
                                                                                                      United States District Judge