UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGEL BARTLETT,

    Plaintiff,

v.

LAURA JOUSMA, et al.,

    Defendants.

_____/

Case No. 1:18-cv-135

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered in favor of Defendants and against Plaintiff.

Dated: July 3, 2018

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge